**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROWNIE BRITTLE, LLC, | Case No.: 13-CV-04437-LHK |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME |
| v. | |
| DOBAKE BAKERIES, INC., | |
| Defendants. | |

The Court grants the parties' stipulation, *see* ECF No. 25.

**IT IS SO ORDERED.**

Dated: November 20, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 13-CV-04437-LHK
ORDER GRANTING EXTENSION OF TIME