United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BROWNIE BRITTLE, LLC, | ) | Case No.: 13-CV-04437-LHK |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | |
| | ) | |
| DOBAKE BAKERIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court grants the parties' stipulation, *see* ECF No. 27.

**IT IS SO ORDERED.**

Dated: November 27, 2013

_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-04437-LHK
ORDER GRANTING EXTENSION OF TIME