**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROWNIE BRITTLE, LLC, | ) Case No.: 13-CV-04437-LHK |
| Plaintiff, | ) ORDER GRANTING EXTENSION OF |
| v. | ) TIME FOR THE LAST TIME |
| DOBAKE BAKERIES, INC., | ) |
| Defendants. | ) |

The Court grants the parties' stipulation, *see* ECF No. 29. This will be the last extension of time granted.

**IT IS SO ORDERED.**

Dated: December 6, 2013

_____
LUCY H. KOH
United States District Judge