UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BROWNIE BRITTLE, LLC, | ) | Case No.: 13-CV-04437-LHK |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING PARTIES TO FILE |
| v. | ) | JOINT CASE MANAGEMENT |
| | ) | STATEMENT |
| DOBAKE BAKERIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for 1/22/2014 as required by Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by Monday, January 20, 2014, at 9 a.m. The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: 1/16/2014

_____
LUCY H. KOH
United States District Judge